AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Florida Immigrant Coalition, Inc.; Americans for Immigrant Justice, Inc.; Hope CommUnity Center, Inc., <br><br> *Plaintiff(s)* <br><br> v. <br><br> RONALD DESANTIS, in his Official Capacity as Governor of the State of Florida; JARED W. PERDUE, in his Official Capacity as Secretary of the Florida Department of Transporation, <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-23927-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jared W. Perdue
Secretary of the Florida Department of Transportation
605 Suwannee Street
Tallahassee, FL 32399-0450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul Chavez (FL Bar No. 1021395)
Southern Poverty Law Center
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131 PH: (786) 347-2056
paul.chavez@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 2, 2022

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Florida Immigrant Coalition, Inc.; Americans for Immigrant Justice, Inc.; Hope CommUnity Center, Inc., | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:22-cv-23927-KMW |
| RONALD DESANTIS, in his Official Capacity as Governor of the State of Florida; JARED W. PERDUE, in his Official Capacity as Secretary of the Florida Department of Transporation, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ronald DeSantis
Governor of the State of Florida
Capitol Building
400 S. Monroe Street
Tallahassee, FL 32399-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul Chavez (FL Bar No. 1021395)
Southern Poverty Law Center
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131 PH: (786) 347-2056
paul.chavez@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 2, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ P. Curtis

Deputy Clerk
U.S. District Courts