IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Florida Immigrant Coalition, Inc., Americans for Immigrant Justice, Inc., and Hope CommUnity Center, Inc., <br><br>   *Plaintiffs*, <br><br>v. <br><br>Ronald D. DeSantis, in his official capacity as Governor of the State of Florida; and Jared W. Perdue, in his official capacity as the Secretary of the Florida Department of Transportation, <br><br>   *Defendants*. | Civil Action No. 1:22-cv-23927-KMW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Florida Immigrant Coalition, Inc., Americans for Immigrant Justice, Inc., and Hope CommUnity Center, Inc. hereby voluntarily dismiss this action without prejudice.

Dated: April 19, 2023

*/s/* Paul R. Chavez
Paul R. Chavez
Fla. Bar No. 1021395
Southern Poverty Law Center
2 S. Biscayne Boulevard, Suite 3750
Miami, FL 33131
P: (786) 347-2056
paul.chavez@splcenter.org

Respectfully submitted,

George J. Leontire*
Felicia L. Carboni*
LEONTIRE & ASSOCIATES, P.C.
P.O. Box 4328
Westport, MA 02740
P: (855) 223-9080
F: (508) 207-9747
george@leontirelaw.com
felicia@leontirelaw.com

Luz Lopez*
Southern Poverty Law Center
1101 17th Street NW, Suite 705
Washington, D.C. 20036
P: (404) 387-9314
luz.lopez@splcenter.org

Stephanie M. Alvarez-Jones*
Southern Poverty Law Center
150 E. Ponce De Leon Avenue, Suite 340
Decatur, GA 30030
P: (470) 747-8265
stephanie.alvarezjones@splcenter.org

Ronald S. Sullivan Jr.*
Director, Criminal Justice Institute
Harvard University
1607 Massachusetts Avenue
Cambridge, MA 02138
P: (617) 496-4777
F: (617) 496-2277
rsullivan@law.harvard.edu

Attorneys for Plaintiffs

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2023, the foregoing notice was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF users.

By: */s/* Paul R. Chavez  
Paul R. Chavez  
Counsel for Plaintiffs